# Order

Michigan Supreme Court
Lansing, Michigan

April 9, 2010

139541-2 & (56)
139544-5

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

GREAT WOLF LODGE OF TRAVERSE
CITY, LLC,
       Plaintiff-Appellee,

v

MICHIGAN PUBLIC SERVICE COMMISSION,
       Defendant-Appellant,

and

CHERRYLAND ELECTRIC COOPERATIVE,
       Defendant-Appellee.
_____/

SC: 139541-2
COA: 281398, 281404
Ingham CC: 06-001484-AA
MPSC U-14593

GREAT WOLF LODGE OF TRAVERSE
CITY, LLC,
       Plaintiff-Appellee,

v

MICHIGAN PUBLIC SERVICE COMMISSION,
       Defendant-Appellee,

and

CHERRYLAND ELECTRIC COOPERATIVE,
       Defendant-Appellant.
_____/

SC: 139544-5
COA: 281398, 281404
Ingham CC: 06-001484-AA
MPSC U-14593

On order of the Court, the applications for leave to appeal the July 14, 2009 judgment of the Court of Appeals are considered, and they are GRANTED. The parties shall include among the issues to be briefed: (1) whether Cherryland Electric Cooperative is entitled to provide any component of electric service to Great Wolf Lodge of Traverse City or its buildings and facilities, (2) whether the Michigan Public Service

Commission must impose interest on the refund it ordered Cherryland Electric Cooperative to pay, and (3) whether the Michigan Public Service Commission must levy a fine, under MCL 460.558, on Cherryland Electric Cooperative.

The motion of Michigan Electric Cooperative Association for leave to file a brief amicus curiae is GRANTED. The Association of Businesses Advocating Tariff Equity and the Electric Consumers Resource Council are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 9, 2010

_____
Clerk

y0406